Hanan B. Kolko
Michael S. Adler
COHEN, WEISS AND SIMON LLP
900 Third Avenue, Suite 2100
New York, New York 10022-4869
Telephone: (212) 563-4100
hkolko@cwsny.com
madler@cwsny.com

*Attorneys for the Building Materials Teamsters*
*Local 282 -and- the Trustees of the Local 282*
*Trust Funds*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- x

In re:

BLACKRIDGE CONSTRUCTION, LLC,

                          Debtor.

------------------------------------------------------------- x

Chapter 11

Case No. 23-22739 (SHL)

Subchapter V

### VERIFIED STATEMENT OF COHEN, WEISS AND SIMON LLP
### PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 2019

        1.      Pursuant to Rule 2019 of the Federal Rules of Bankruptcy Procedure,

Hanan B. Kolko, Esq. ("Kolko") and Michael S. Adler ("Adler"), partners at Cohen, Weiss and

Simon LLP ("CWS") give notice of representation of more than one creditor in the above-

captioned bankruptcy case, and states as follows:

        2.      CWS represent the following creditors in the above-captioned case:

        (a)      The Building Material Teamsters Local 282 (the "Union")
                  2500 Marcus Avenue
                  Lake Success, NY 11042

        (b)      The Trustees of the Local 282 Welfare Trust Fund, Local 282
                  Pension Trust Fund, Local 282 Annuity Trust Fund, Local 282 Job
                  Training Trust Fund, and the Local 282 Vacation and Sick Leave
                  Trust Fund (the "Funds")
                  2500 Marcus Avenue
                  Lake Success, NY 11402

3. The Union and the Funds have claims against the Debtors. These claims arise from obligations and operations of the Debtor's trucking business under a collective bargaining agreement ("CBA") binding Debtor and the Union, setting out the terms and conditions of employment for the Debtor's employees represented by the Union (the "Employees") and contributions to the Fund for health, pension, annuity, job training and vacation and sick leave and other necessary benefits for the Employees.  The claims arose both before and during the one year period prior to the filing of the above-referenced case.

4. CWS have previously worked with both the Union and the Funds on insolvency matters largely pending in the Eastern District of New York.  The Union and Funds also have separate counsel.

5. In this matter, CWS was engaged by the Union and Funds in October 2023 at the instance of each entity.

6. CWS has no claims or interests against the Debtor.

7. CWS reserves the right to amend this Verified Statement.

8. The undersigned verifies that the foregoing Verified Statement is true and accurate to the best of the undersigned's knowledge, information, and belief.

Dated: New York, New York
   November 2, 2023

         Respectfully submitted,

         */s/ Hanan B. Kolko*

         Hanan B. Kolko
         Michael S. Adler
         COHEN, WEISS AND SIMON LLP
         900 Third Avenue, Suite 2100
         New York, New York 10022-4869
         Telephone: (212) 563-4100
         Facsimile:  (212) 563-6527
         hkolko@cwsny.com
         madler@cwsny.com
         *Attorneys for the Building Materials Teamsters*
         *Local 282 -and- the Trustees of the Local 282*
         *Trust Funds*

## CERTIFICATE OF SERVICE

I certify that on the 2nd day of November 2023, I caused a true and correct copy

of the *Verified Statement of Cohen, Weiss and Simon LLP Pursuant to Federal Rule of*

*Bankruptcy Procedure 2019* to be served through the Court's electronic notification system.


Dated: November 2, 2023


/s/ Hanan B. Kolko
Hanan B. Kolko